981 A.2d 1285

**Javon MURPHY, Petitioner**

v.

**DISTRICT ATTORNEY OF PHILADELPHIA and the Office of the Governor of Pennsylvania, Respondent.**

**No. 113 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 22, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of September, 2009, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid

representation improper). The Prothonotary is directed to forward these filings to counsel of record. *See* CP–51–CR–0013668–2008.